UNITED SECURITY CORPORATION, Respondent, *v.* ISADORE SUCHMAN, Appellant.

Argued February 23, 1954; decided March 11, 1954.

*Roy Berlin* and *Peter C. Demetri* for motion.
*Henry G. Friedlander* and *Paul R. Shaw* opposed.

Motion to dismiss appeal granted and appeal dismissed, without costs, unless within ten days appellant files a stipulation for order absolute. (See *Pfister* v. *Coopersmith,* 297 N. Y. 966.)